# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 MAR 23 PM 1:19

MARGARET BOTKINS, CLERK
CHEYENNE

UNITED STATES OF AMERICA,

Plaintiff,

v.

LORNA ROXANNE GREEN,

Defendant.

**WARRANT FOR ARREST**

Case Number: 23-MJ-17-J

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Lorna Roxanne Green** and bring her forthwith to the nearest district court judge or magistrate to answer a Complaint charging her with Arson of a Facility Engaged in Interstate Commerce in violation of 18 U.S.C. § 844(i).

KELLY H. RANKIN
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

By Deputy Clerk

Bail fixed at $ Detain

United States Magistrate Judge
Title of Issuing Officer

March 21, 2023, Cheyenne, Wyoming
Date and Location

By: _[signature]_

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Natrona County, Wyoming |

| DATE RECEIVED 3-1-2023 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3-21-2023 | Robert MacMaster, SDUSM | _[signature]_ |

For ATF