FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
MAY 17 2023
5:21 pm
Margaret Botkins, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORNA ROXANNE GREEN,<br><br>Defendant. | No. 23-CR-66-J<br><br>18 U.S.C. § 844(i)<br>(Arson of a Facility Engaged in Interstate Commerce) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about May 25, 2022, in the District of Wyoming, the Defendant, **LORNA ROXANNE GREEN**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire a building located at 918 East Second Street, Casper, Natrona County, Wyoming, which building, contents and property were used in and affecting interstate commerce and were used in activities affecting interstate commerce.

In violation of 18 U.S.C. § 844(i).

A TRUE BILL:

*Ink Signature on File*
FOREPERSON

NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | LORNA ROXANNE GREEN |
| **DATE:** | May 16, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | 18 U.S.C. § 844(i) (Arson of a Facility Engaged in Interstate Commerce) <br><br> 5-20 Years Imprisonment <br> Up to $250,000 Fine <br> 3 Years Supervised Release <br> $100 Special Assessment |
| **AGENT:** | Krystal Stevenson, ATF |
| **AUSA:** | Stephanie I. Sprecher <br> Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |