Stephanie I. Sprecher WSB #6-2988
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602-5010
307-261-5434 (phone)
stephanie.sprecher@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) **Criminal No. 23-CR-66-J** |
| **LORNA ROXANNE GREEN,** | ) ) |
| Defendant. | ) |

## UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

The United States hereby submits its notice of intent to offer expert testimony, pursuant to Fed. R. Crim. P. 16(a)(1)(G), at the time of trial in the above-entitled matter as follows:

**Karla Wright, Forensic Examiner, Federal Bureau of Investigation, DNA Laboratory**

*Qualifications*: Ms. Wright is a Forensic Examiner with the FBI DNA Casework Unit located in Quantico, Virginia. She has been a Forensic Examiner in the DNA Unit since November 2020. Prior to this position, Ms. Wright was a Biologist in the DNA Unit from February 2016 to November 2020. In addition to these positions with the DNA Casework Unit, Ms. Wright has held other positions within this Unit. Ms. Wright obtained a Master of Business Administration at George Mason University, Fairfax, Virginia, and a Bachelor of Science in Biology and Chemistry at Western

Carolina University, Cullowhee, North Carolina.  Ms. Wright's qualifications, experience, education and previous expert testimony is more fully set forth in her Curriculum Vitae attached as Exhibit 1. Ms. Wright has not had any publications within the previous 10 years.

*Summary of Testimony:* Ms. Wright will testify generally about DNA analysis and testing, why the tests performed were performed, why other tests were not performed, and why particular areas of evidence were tested for DNA when others were not. Ms. Wright will testify to the process of assessing DNA profiles using criteria established in laboratory protocols to determine whether a profile is interpretable or uninterpretable. Mr. Wright will educate the jury on some of the reasons that a profile may be deemed uninterpretable. Further, Ms. Wright will explain the statistical analysis employed in her DNA report and will explain and describe the population statistics relied upon. Further, Ms. Wright will testify to the comparisons of the DNA with the samples she received for testing and will testify to the process and procedures she used in her analysis and will testify consistently to her results, opinions, and conclusions of this analysis as set forth in her laboratory reports, which will be provided in discovery.

*Lisa Schwenk, Forensic Chemist, ATF Forensic Laboratory*

*Qualifications*: Ms. Schwenk is Forensic Chemist with the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives in the Forensic Science Laboratory in Washington, D.C. Ms. Schwenk has been with the ATF Laboratory since September 2009.  Ms. Schwenk obtained a Master of Science in Forensic Science in May 2008 from the Virginia Commonwealth University in Richmond, Virginia. Her areas of expertise include fire debris and trace evidence.

Ms. Schwenk's qualifications, publications, experience, education and previous expert testimony is more fully set forth in her Curriculum Vitae and Testimony Summary attached as Exhibit 2.

*Summary of Testimony:*  In her capacity as a Forensic Chemist at the ATF Forensic Laboratory, Ms. Schwenk will testify she performed an analysis on vials containing liquids seized in this case.  Ms. Schwenk will testify to the process and procedures she used in her analysis and will testify consistently to her results, opinions and conclusions of this analysis as set forth in her laboratory report dated December 14, 2022, laboratory number 2022-W-00342, which will be produced in discovery.

*Sabrina Tishko, Latent Print Operations Unit, FBI Laboratory*

*Qualifications:* Ms. Tishko is a Physical Scientist and Forensic Examiner with the FBI Laboratory, Latent Print Operations Unit in Quantico, Virginia.  Ms. Tishko has been in this position since November 2017.  Ms. Tishko has a Master of Science in Forensic Science and Law from Duquesne University in Pittsburgh, Pennsylvania.  Ms. Tishko has received training in numerous areas such as friction ridge detail testimony and discipline, nuclear weapons orientation for forensic response, advance analysis, comparison and evaluation just to name a few. Ms. Tishko's qualifications, publications, experience, education and previous expert testimony is more fully set forth in her Curriculum Vitae attached as Exhibit 3.

*Summary of Testimony:* Ms. Tishko will testify about the examination and testing she conducted on evidentiary items seized in this case. Ms. Tishko will testify consistently with her report, which will outline her testing methods, analysis, opinions and conclusions regarding her examination of the evidentiary items in this case. It is anticipated Ms. Tishko will generally testify as to the manner and methodologies regarding latent print testing and analysis, as well as her specific testing, observations and opinions in this matter.

*Ryan K. Noble, Special Agent and Certified Fire Investigator, ATF*

*Qualifications:* Ryan Noble is a Special Agent and Certified Fire Investigator with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives in the Fire Investigation and Arson Enforcement Division. SA Noble is a Certified Fire Investigator (CFI) through ATF as well as through the International Association of Arson Investigators (IAAI).  SA Noble is the District Director for the Colorado Chapter of IAAI and the co-coordinator for the advance track education at the IAAI Colorado Chapter Annual Training Conference.  SA Noble has been a fire investigator for both the Denver Fire Department and ATF.  He has examined more than 500 fire/explosion scenes, written more than 250 Origin and Cause reports, and has approximately over 3,000 hours of training.  SA Noble has also observed and/or conducted 380 live fire/explosion tests and demonstrations.

SA Noble has not testified as an expert witness in the previous four years.  SA Noble has not published any works within the last 10 years.  SA Noble's qualifications, experience, training, and education is more fully set forth in his Curriculum Vitae attached as Exhibit 4.

*Summary of Testimony:* SA Noble will testify about his systematic fire scene examination, his review of witness statements, electronic data, analysis of fire and heat patterns and the application of fire dynamics. SA Noble will testify consistently with his Origin and Cause Report which outlines his testing methods, analysis, opinions and conclusions regarding his examination of the evidentiary items in this case. It is anticipated SA Noble will generally testify as to the manner and methodologies regarding the process of arson investigations as well as his specific testing, observations and opinions in this matter.

The United States asserts that this notice and the reports that will be provided in the discovery process to the Defendant satisfies the requirements of Rule 16(a)(1)(G).  If, after viewing this notice

4

and the attachments, the Defendant requests further information or has concerns under Rule 16, the United States requests the Defendant advise as to what further information is necessary to prepare for trial.

The United States requests the defendant provide a written summary of any testimony the defense intends to use in their case under Federal Rules of Criminal Procedure, Rules 702, 703 and 705.  FED.R.CRIM.P. 16(b)(1)(C).

**DATED** this 12th day of June, 2023.

        Respectfully submitted,

        NICHOLAS VASSALLO
        United States Attorney

By:   */s/ Stephanie I. Sprecher*
        STEPHANIE I. SPRECHER
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2023, a true and correct copy of the foregoing **UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT TESTIMONY** was served upon counsel of record via CM/ECF or the Court's Electronic Filing System.

                                          */s/ Lisa Wait*
                                          UNITED STATES ATTORNEY'S OFFICE