CURRICULUM VITAE

# Karla Wright

FBI Laboratory – DNA Casework Unit
2501 Investigation Parkway, Quantico, Virginia 22135
(703) 632-7561 | kmwright@fbi.gov

## Professional Experience

**Forensic Examiner**                                                November 2020 – Present
DNA Casework Unit
FBI Laboratory, Quantico, VA
- Perform DNA/serology analysis

**Biologist**                                                        February 2016 – November 2020
DNA Casework Unit
FBI Laboratory, Quantico, VA
- Performed DNA/serology testing in laboratory

**Data Analyst**                                                     December 2010 – June 2015
**Records Examiner/Analyst**                                         June 2015 – February 2016
DNA Casework Unit
Forfeiture Support Associates, Quantico, VA
- Evidence handling, sexual assault kit collection

**Clerical II**                                                      October 2009 – April 2010
**Data Analyst**                                                     April 2010 – December 2010
Federal DNA Database Unit
Forfeiture Support Associates, Quantico, VA
- Received DNA samples for DNA database, enter into laboratory information management system

**Research Assistant**                                               January 2006 – May 2006
Department of Chemistry and Physics
Western Carolina University, Cullowhee, NC
- Performed laboratory work developing DNA profiles for Red Oak Tree

## Education

2016         Master in Business Administration
             George Mason University, Fairfax, VA

2009         Bachelor of Science in Biology
             Bachelor of Science in Chemistry
             Western Carolina University, Cullowhee, NC

### Testimony (past 4 years)

March 2023   *United States v. Omar Agor*
             District of Hawaii, Forensic Examiner, Nuclear DNA

May 2021     *United States v. Leroy Henry, Jr.*
             District of the Virgin Islands, Biologist, Nuclear DNA (Fact witness)

### Professional Training and Presentations Provide

2023         Forensic DNA
             Evidence Response Team, Honolulu Field Office, Kapolei, HI

2021-2023    Basic Field Training Course, Laboratory Discovery Workshop
             Quantico, VA, ~9 presentations

2022         DNA 101, Professional Development Meeting
             Human Rights and Special Prosecution Section of DOJ (Virtual)

2022         Forensic DNA
             FBI Criminal Investigative Analysis Training Program, Stafford, VA

### Continuing Education

2023         2023 Human Identification Solutions Virtual Conference (Virtual)

2023         Touch DNA Evidence Collection in Sexual Assault Cases: Knowledge to Inform Practice, Forensic Technology Center of Excellence (Virtual)

2022         8th Annual Workshop on STRmix Implementation and Casework Approach, California Department of Justice and San Diego Police Department (Virtual)

2021         DNA Brown Bag – Third Generation Sequencing Enhancing Forensic Capabilities, Quantico, VA

2021         7th Annual Workshop on STRmix Implementation and Casework Approach California Department of Justice and San Diego Police Department (Virtual)

2021         3rd Annual Northeast Forensic Laboratory Probabilistic Genotyping User Group Meeting
             Nassau County Office of the Medical Examiner (Virtual)

2021         Bode 2021 Virtual Forensic DNA Conference (Virtual)

2020         Annual National Combined DNA Index System (CODIS) Conference (Virtual)

2020         Genes of a Feather Stick Together: Evaluating Linked Markers, Online

| | |
|---|---|
| 2020 | Probabilistic Genotyping of Evidentiary DNA Typing Results, Online |
| 2020 | Forensic Genealogy: Unlocking the Science of Genealogy, Online |