# Lisa Schwenk

Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Forensic Science Laboratory – Washington

## OCCUPATION

Forensic Chemist

## EDUCATION

**Master of Science in Forensic Science**, May 2008
Virginia Commonwealth University (VCU), Richmond, VA

**Bachelor of Science in Chemistry**, May 2006
State University of New York (SUNY) College at Brockport, Brockport, NY

## AREAS OF EXPERTISE

Fire Debris, Trace Evidence

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| January 2022 – present | **Fire Debris Technical Leader** <br> Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) |
| September 2009 - present | **Forensic Chemist** <br> ATF <br> Forensic Science Laboratory – Washington |
| August 2008 – July 2009 | **Criminalist I** <br> Missouri State Highway Patrol <br> Crime Laboratory Division, Jefferson City, MO |
| May – August 2007 | **Student Volunteer/Intern** <br> ATF <br> Forensic Science Laboratory – Washington |

## PUBLICATIONS

Schwenk, L. (2022). "Broader Perspectives: Case Studies of Detection Canines in the Field – Accelerant Detection Canine. L.E. DeGreef and C.A. Schultz (Ed.). *Canines: The Original Biosensors* (1st edition, pp. 761-763). Singapore: Jenny Stanford Publishing Pte. Ltd.

Schwenk, L. "Evidence packaging for fire debris: Why vapor-tight containers matter." *Fire & Arson Investigator*, 64(3): 24-27, 2014

Schwenk, L., & Reardon, M.R. "Practical aspects of analyzing vegetable oils in fire debris." *Journal of Forensic Sciences*, 54(4): 874-880, 2009.

## PRESENTATIONS

**Ignitable Liquid Classification of Small Engine Fuels and a Survey of Accelerant Detection Canine Responses**, Mid-Atlantic Association of Forensic Scientists Annual Conference, May 2019

**Ignitable Liquid Classification of Small Engine Fuels**, ATF National Canine and Training Operations Center – Accelerant Detection Canine Re-Certification, May 2019

**An Overview of Spontaneous Ignition**, New Jersey Fire Investigation Symposium, May 2010

**Practical Aspects of Analyzing Vegetable Oils in Fire Debris**,
American Academy of Forensic Sciences – 60th Annual Meeting, Criminalistics Session II, February 2008
VCU – Department of Forensic Sciences Graduate Seminar, September 2007

## TRAINING PROVIDED

**Fire Debris Analysis and Courtroom Presentation**, ATF Arson/Fire Investigation for Attorneys
- Huntsville, AL, November 2022
- Philadelphia, PA, June 2022
- Huntsville, AL, July 2019
- Alexandria, VA, September 2014

**Evidence Collection, Preservation and Laboratory Analysis for Fire Scene Evidence**
- Joint Training – Wilmington City Fire Marshals' Office, ATF Wilmington Field Office and Delaware Office of the State Fire Marshal, November 2019
- IAAI New York Chapter, Spring Training, May 2019
- ATF Washington Field Division, Fire Investigation Seminar, September 2018
- Delaware State Fire School, Workshop for Fire Investigators, December 2017
- ATF Louisville Field Division, Fire Investigation Conference, August 2017
- Monmouth County, New Jersey Prosecutor's Office, Fire/Arson Investigation Training, April 2016
- Maryland Fire and Explosive Investigators Association, Fire Scene Training, March/April 2015
- Pennsylvania Association of Arson Investigators, Evidence Spoliation Training, January 2015
- Gloucester County, New Jersey Prosecutor's Office, Fire Investigator Training, November 2013
- ATF National Response Team Annual Training and Certified Fire Investigator Re-Certification, August 2013
- Kansas City Arson Task Force Conference, March 2012
- Missouri Fire and Fraud Investigation, Professional Development Symposium, October 2011

**Petroleum Products and Laboratory Analysis for the Accelerant Detection Canine Handler**, ATF National Canine and Training Operations Center – Accelerant Detection Canine Certification, annual delivery 2013 – present

**Evidence Collection and Preservation for Fire Debris**, National Fire Academy – Fire/Arson Origin and Cause Investigations, 40+ deliveries

**ATF Laboratory Services – An Overview of Forensic Capabilities**, ATF Columbus Field Division Conference, May 2016

**Laboratory Results and Canine Training**, ATF National Canine and Training Operations Center – Accelerant Detection Canine Re-Certification, June 2014

**Introduction to Fire Debris Analysis**, George Washington University – Graduate Seminar, numerous deliveries

**Fire Debris Analysis and Accelerant Detection Canines**, ATF National Canine and Training Operations Center – Accelerant Detection Canine Re-Certification, June 2013

**Ignitable Liquid Classification for the Accelerant Detection Canine Handler**, ATF National Canine and Training Operations Center – Accelerant Detection Canine Re-Certification, June 2011

## CONTINUING EDUCATION

| Date | Course |
|---|---|
| December 9, 2020 | 2021 NFPA 921, Chapter 17 – Physical Evidence and Canine Handler Teams<br>IAAI, Virtual |
| May 14, 2019 | Agilent MassHunter Software Training<br>Agilent Technologies, Inc., Linthicum Heights, MD |
| June 11 – 15, 2018 | Textile Fundamentals<br>North Carolina State University, Raleigh, NC |
| June 13 – 16, 2018 | Forensic Polarized Light Microscopy<br>US Postal Inspection Service, Dulles, VA |
| April 5 – 8, 2016 | Forensic Examination of Textile Materials<br>Midwestern Association of Forensic Scientists, Cincinnati, OH |

| | |
|---|---|
| January 11, 2015 | FirstDefender RMX – Chemical Identification System<br>Thermo Fisher Scientific, Beltsville, MD |
| July 28 – August 1, 2014 | Fiber Identification<br>Hooke College of Applied Sciences, Westmont, IL |
| June 2 – 6, 2014 | Fundamentals of X-ray Powder Diffraction<br>International Centre for Diffraction Data, Newtown Square, PA |
| January 27 – 31, 2014 | ASCLD/LAB International Assessor Training<br>ASCLD/LAB, Vienna, VA |
| April 30 – May 4, 2012 | Forensic Polarized Light Microscopy<br>US Postal Inspection Service, Dulles, VA |
| February 20 – March 2, 2012 | Fire/Arson Origin and Cause Investigations<br>National Fire Academy, Emmitsburg, MD |
| August 30 – September 1, 2011 | Comprehensive Fire Debris Analysis<br>National Center for Forensic Sciences, Largo, FL |
| August 17 – 20, 2010 | Chemistry of Pyrotechnics and Explosives<br>Dr. John Conkling, Beltsville, MD |
| August 3 – 6, 2010 | Basic Courtroom Procedures<br>ATF, Charleston, WV |
| July 12 – 16, 2010 | Infrared Spectroscopy I<br>IR Courses, Inc., Brunswick, ME |
| April 20 – 24, 2009 | Advanced Forensic Microscopy: Paint and Polymers<br>National Institute of Justice (NIJ) Forensic Microscopy Training Program<br>McCrone Research Institute, Chicago, IL |
| March 24 – 26, 2009 | Infrared Microscopy<br>NIJ Forensic Microscopy Training Program<br>College of Microscopy, Westmont, IL |
| January 19 – 23, 2009 | Advanced Forensic Microscopy: Hair and Fibers<br>NIJ Forensic Microscopy Training Program<br>McCrone Research Institute, Chicago, IL |
| January 5 – 9, 2009 | Forensic Polarized Light Microscopy<br>NIJ Forensic Microscopy Training Program<br>McCrone Research Institute, Chicago, IL |

**PROFESSIONAL AFFILIATIONS**

| | |
|---|---|
| 2016 – 2017 | National Fire Protection Association (NFPA) 921: Guide for Fire and Explosion Investigators Canine Task Group, 2021 edition |
| 2012 – present | Midwestern Association of Forensic Scientists |
| 2012 – 2016 | International Association of Arson Investigators (IAAI) |
| 2011 – 2021 | ATF National Response Team |
| 2010 – present | American Society of Trace Evidence Examiners<br>•Membership Committee Chair (2016 – 2019)<br>•Membership Committee Member (2010 – 2012) |
| 2006 – 2011 | American Academy of Forensic Sciences |
| 2005 – 2013 | American Chemical Society |

Revised 3/14/2023

## RESEARCH MENTORSHIP AND COLLABORATIONS

Whitney, R.K. "Effective laundering conditions for ignitable liquid decontamination of fire scene clothing used by the Bureau of Alcohol, Tobacco, Firearms and Explosives." *Virginia Commonwealth University Scholars Compass*, 2020.

## SCIENTIFIC MEETINGS ATTENDED

| | |
|---|---|
| 2021 | American Academy of Forensic Sciences Annual Meeting |
| 2019 | Mid-Atlantic Association of Forensic Scientists Annual Conference |
| 2008 | American Academy of Forensic Sciences Annual Meeting |
| 2007 | Midwestern Association of Forensic Scientists Annual Meeting |

## TOURS OF MANUFACTURING FACILITIES

| | |
|---|---|
| 2016 | Shell Refining Company, Houston, TX |
| 2013 | Delaware City Refining Company, Delaware City, DE |
| 2011 | Paulsboro Refining Company, Paulsboro, NJ |



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives
Laboratory Services
Forensic Science Laboratory - Washington

The table below is a summary of expert testimony provided by Lisa Schwenk from 2019 through present.

| Court Location | Testimony Date | Case Name |
|---|---|---|
| Rockingham County Superior Court | 03/29/19 | State of New Hampshire v. John Gates |
| Union County Circuit Court | 03/19/21 | State of South Dakota 63JUV20-38 (Juvenile Court) |
| Rockingham County Superior Court | 05/17/22 | State of New Hampshire v. John Gates |
| North Dakota District Court | 03/21/23 | United States v. Donavan Jay White Owl |
| Pierce County Superior Court | 05/17/23 | State of Washington v. Ezra Ralston and Sean Higgins |