**Sabrina M. Tishko, M.S.F.S**
2501 Investigation Parkway
Quantico, Virginia 22135
703.632.8125 (office) 703.576.4631 (cell)
smtishko@fbi.gov

## PROFESSIONAL EXPERIENCE

**Physical Scientist/Forensic Examiner**
    Nov 2017 – Present    Federal Bureau of Investigation (FBI) Laboratory – Latent Print Operations Unit

    Examine evidence for latent prints and compare those latent prints with the prints of known individuals.

    Qualified as an expert witness in the discipline of latent prints and testified in both Federal and State court.

## EDUCATION

**Master of Science (MS)** in Forensic Science and Law
    Aug 2015 – May 2017    Duquesne University, Pittsburgh, PA

**Bachelor of Arts (BA)** in Biochemistry (Minor–Biology)
    Aug 2012 – May 2016    Duquesne University, Pittsburgh, PA

## PROFESSIONAL ORGANIZATIONS

**International Association for Identification (IAI)**
    Mar 2023 – Present    Active Member

**Chesapeake Bay Division of the International Association for Identification (CBD–IAI)**
    Mar 2019 – Aug 2022    Active Member

**American Academy of Forensic Sciences (AAFS)**
    Feb 2016 – Dec 2019    Student & Trainee Affiliate

## PROFESSIONAL TRAINING & PRESENTATIONS PROVIDED

**Mentor,** Latent Print Forensic Examiner Training Program
    Oct 2022 – Present    Casework Mentor
    Dec 2021 – Mar 2022    Processing Mentor

**Latent Print Heat Application Method for Indanedione,** CBD–IAI Educational Conference
    Apr 2019    Richmond, VA

**Statistics,** Physical Scientist/Forensic Examiner Training
    Sep 2021 – Present    Quantico, VA

## PROFESSIONAL TRAINING RECEIVED

**Friction Ridge Testimony and Discipline Updates,** Heidi Eldridge
    Jul 2022    Qualtico, VA

**Nuclear Weapons Orientation for Forensic Response,** Sandia National Laboratory
    Nov 2021    Albuquerque, NM

Sabrina M. Tishko
Page **2** of **2**

PROFESSIONAL TRAINING RECEIVED (cont.)

**Advanced Analysis, Comparison and Evaluation,** Federal Bureau of Investigation
    May 2021 – Jun 2021    Quantico, VA

**Statistical Thinking for Forensic Practitioners Short Course,** CSAFE
    Mar 2021 – Apr 2021    Virtual

**Current Trends in Legal Challenges to Fingerprints,** Amy Watroba
    Aug 2020    Virtual

**Evidence Response Team (ERT) Laboratory Basic,** Federal Bureau of Investigation
    Mar 2020    Fredericksburg, VA

**Latent Print Physical Scientist/Forensic Examiner Training Program,** Federal Bureau of Investigation
    Jan 2018 – Jan 2020    Quantico, VA

**Advanced Latent Print Examiner Training Concepts,** Glenn Langenburg
    Jul 2019    Quantico, VA

**Palm Print Comparison Techniques,** Ron Smith and Associates, Inc.
    Jun 2019    Fairfax, VA

**CBD–IAI Educational Conference**
    Apr 2019    Richmond, VA

**Advanced Latent Analysis,** Mack Brazelle
    Sept 2018    Baltimore, MD

**AAFS Scientific Meeting**
    Feb 2016    Las Vegas, NV

PUBLICATIONS

**No authored publications**

FRICTION RIDGE DISCIPLINE TESTIMONY EXPERIENCE (last four years)

**State of Indiana v. Jarod Deangelo Johnson**
    Crown Point, IN    2022

**U.S. v. Hassan Alqahtani**
    Albuquerque, NM    2021