# CURRICULUM VITAE



**Ryan K. Noble**
**Special Agent / Certified Fire Investigator**

United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)
Fire Investigation and Arson Enforcement Division
National Response Team
National Center for Explosives Training and Research
3750 Corporal Road, Redstone Arsenal, Alabama 35898
Cellular: (303) 746-7974
Email: ryan.noble@atf.gov

## EDUCATION:

| | |
|---|---|
| Current Enrollment | Currently enrolled in Oklahoma State University with 27 graduate credits completed towards a Master of Science, Forensic Arson and Explosives Investigation |
| 2001 | Bachelor of Science, Animal Science<br>Colorado State University |

## PROFESSIONAL EXPERIENCE:

Since March 2015, I have been employed by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as a Special Agent who is designated as an "investigative or law enforcement officer of the United States," within the meaning of Title 18 United States Code, Section 2510(7): that is an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated by statute in the United States Code (U.S.C.) and is authorized to apply for a search warrants under the Federal Rules of Criminal Procedure, Rule 41(a)(2)(C) as a "Federal law enforcement officer… who is enforcing the criminal laws, and is within, any category of officer, authorized by the Attorney General, to request a search warrant."

To date, I have participated in more than 500 fire and/or explosion scene examinations, authored more than 250 origin and cause reports, have deployed on 17 ATF National Response Team activations, and have testified as an expert witness in the State of Colorado.

May 2022 – Present      **Full-time ATF National Response Team Member**
Bureau of Alcohol, Tobacco, Firearms, and Explosives
National Center for Explosives Training and Research
Fire Investigation and Arson Enforcement Division
National Response Team

**Duties:** Full-time member, tasked with responding to large scale fire and explosion incidents throughout the United States, and internationally, with a select group of other ATF Special Agents / Certified Fire Investigators (SA/CFI), Special Agent / Certified Explosives Specialists (SA/CES), chemists, fire protection engineers, electrical engineers, and other experts to conduct origin and cause investigations and to provide technical support and expertise at the request of state and local authorities. Other investigative responsibilities include forensic scene documentation, operating Unmanned Aerial Systems (UAS), 360° photography, incident safety officer, heavy equipment coordinator, identification and collection of evidence, processing the collected evidence for submission to the laboratory, interviewing witnesses and suspects, authoring reports, and preparing incident presentations.

| 10/2021 - Present | **Special Agent / Certified Fire Investigator** |
|---|---|
| | Bureau of Alcohol, Tobacco, Firearms, and Explosives |

**Duties:**  Tasked with the investigation and enforcement of violations of Federal law to include the use of fire and explosives to affect interstate commerce.  Primary responsibilities include but are not limited to: fire origin and cause determinations; scene documentation; identification and collection of evidence from fire and explosion scenes, processing the collected evidence for submission to the laboratory; interviewing witnesses and suspects; examining and analyzing business records and other documents; authoring reports; preparing and presenting criminal case filings to the United States Attorney's Office for prosecution of violations of Federal law; preparing and serving search and/or arrest warrants, and providing courtroom testimony as a government witness.  Additional responsibilities include acting as a liaison with state and local agencies by working collaboratively on joint investigations, and by providing knowledge, training, and expertise in the field of fire and explosion investigations.


| 7/2018 – 5/2022 | **Part-time ATF National Response Team Member** |
|---|---|

**Duties:**  Part-time member, tasked with responding to large scale fire and explosion incidents throughout the United States with a select group of other ATF Special Agents / Certified Fire Investigators (SA/CFI), Special Agent / Certified Explosives Specialists (SA/CES), chemists, fire protection engineers, electrical engineers, and other experts to conduct origin and cause investigations and to provide technical support and expertise at the request of state and local authorities.  Other investigative responsibilities include scene documentation, identification and collection of evidence, processing the collected evidence for submission to the laboratory, interviewing witnesses and suspects, and authoring reports.


| 6/2019 – 10/2021 | **Special Agent / Certified Fire Investigator Candidate** |
|---|---|
| | Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| | Denver Field Division, Denver Group II |
| | Denver, Colorado |

**Duties:**  Tasked with the investigation and enforcement of violations of Federal law to include the use of fire and explosives to affect interstate commerce.  Primary responsibilities during the two-year Certified Fire Investigator Candidate (CFIC) training program include conducting a minimum of 100 fire scene examinations under the mentoring of another ATF Special Agent / Certified Fire Investigator (CFI) or other experienced certified fire investigator, documenting a minimum of 80 of the origin and cause determinations in written reports, obtaining mandatory training at the National Fire Academy, taking graduate level courses at Oklahoma State University, taking ATF classes related to fire investigation, and the completion of a research project/paper related to an aspect of fire investigation. Other investigative responsibilities include scene documentation; identification and collection of evidence from fire and explosion scenes, processing the collected evidence for submission to the laboratory; interviewing witnesses and suspects; examining and analyzing business records and other documents; authoring reports; preparing and presenting criminal case filings to the United States Attorney's Office for prosecution of violations of Federal law;  preparing and serving search and/or arrest warrants, and providing courtroom testimony as a government witness.


| 3/2015 – 6/2019 | **Special Agent** |
|---|---|
| | Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| | Denver Field Division, Denver Group I and Group II |
| | Denver, Colorado |

**Duties:**  Tasked with the investigation and enforcement of violations of Federal alcohol, tobacco, firearms, explosives, and arson law to include the use of fire and explosives to affect interstate commerce, the illegal acquisition, possession, and use of firearms and their associated criminal violations.  Primary responsibilities included fire/explosion scene documentation; identification and collection of evidence, processing the collected evidence for submission to the laboratory; interviewing witnesses and suspects; conducting proactive, reactive, and adoptive case work; conducting surveillance, undercover and protective operations; examining and analyzing business records and other documents; authoring reports; preparing and presenting criminal case filings to the United States Attorney's Office for prosecution of violations of Federal law; preparing and serving search and/or arrest warrants, and providing courtroom testimony as a government witness.

| 8/2008 – 3/2015 | **Fire Investigator** |
|---|---|
| | Denver Fire Department |
| | Fire Investigation Unit |
| | Denver, Colorado |

**Duties:**   Designated as a peace officer by the State of Colorado, under Colorado Revised Statues (CRS), Section 16-2.5-109 Fire Arson Investigator.  Tasked with the investigation and enforcement of violations of arson and related offenses enumerated in Colorado law.  Primary duties included conducting origin and cause investigations related to fire and explosion incidents for the City and County of Denver; scene documentation; identification and collection of evidence, processing the collected evidence for submission to the laboratory; interviewing witnesses and suspects; examining and analyzing business records and other documents; authoring reports; preparing and presenting criminal case filings to the Denver District Attorney's Office for prosecution of violations of the Colorado Revised Statutes; preparing and serving search and/or arrest warrants, and providing courtroom testimony.  Additional duties included the development and implementation of a department-wide, in-service training course on Fire Investigation and Advanced Fire Dynamics for the Denver Fire Department; providing fire investigation training to affiliate agencies; co-coordinated the 2011, 2012, and 2013 Denver Advanced Fire Investigation Seminars, and I was the Colorado Criminal Information Center (CCIC) coordinator for the Denver Fire Department.

| 1/2003 – 8/2008 | **Firefighter** |
|---|---|
| | Denver Fire Department |
| | Denver, Colorado |

**Duties:**  Primarily assigned to fire engine companies tasked with providing on-scene basic life support, fire suppression, disaster mitigation, and fire code inspection of various businesses.  Certified as an Emergency Medical Technician (EMT) and trained in forcible entry, vehicle extrications, ventilation, fire dynamics, fire suppression and prevention, building and area searches.

## PROFESSIONAL ORGANIZATION MEMBERSHIPS:

| 2008 – Present | International Association of Arson Investigators (IAAI) – National Membership |
|---|---|
| 2008 – Present | International Association of Arson Investigators - Colorado Chapter Membership |
| | District Director since January 2020 |

## CERTIFICATIONS:

| 2022 | Federal Aviation Administration – Part 107 Small Unmanned Aircraft System |
|---|---|
| 2021 | Certified Fire Investigator – Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| 2021 | Certified Fire Investigator – International Association of Arson Investigators |
| 2019 | Hazardous Waste Operations and Emergency Response – Occupational Health and Safety Administration |
| 2010 | Fire Investigation Technician - International Association of Arson Investigators |
| 2004 | Firefighter II - Colorado Metropolitan Certification Board |
| 2003 | Firefighter I - Colorado Metropolitan Certification Board |
| 2003 | Hazmat Awareness & Operations – Colorado Metropolitan Certification Board |

## EXPERT TESTIMONY

| 2014 | Denver District Court 12CR04958, The State of Colorado vs Alfred D. Flores |
|---|---|

**AWARDS**

| | |
|---|---|
| 2015 | Todd McKeehan Memorial Academic Award - Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| 2003 | Firefighter Basic Academy Valedictorian - Denver Fire Department |
| 2002 | Firefighter 1 Academy Valedictorian - Aims Community College |

**PROFESSIONAL TRAINING RECEIVED:**

| | |
|---|---|
| 2023 | Ethical Research & Scientific Writing, Oklahoma State University, 3 credit hour graduate class. |
| 2023 | ATF National Response Team annual training, Denver, Colorado.  24 hours of non-tested training. |
| 2022 | Statistics, Oklahoma State University, 3 credit hour graduate class. |
| 2022 | International Association of Arson Investigators (IAAI) Colorado Chapter Annual Training Conference, Vail, Colorado, 24 hours of non-tested training. |
| 2022 | Advanced Computer Fire Modeling, Oklahoma State University, 3 credit hour graduate class. |
| 2022 | ATF National Response Team annual training, Regional Emergency All-Climate Training Center, Volk Field Air National Guard Base, Camp Douglas, Wisconsin. 24 hours of non-tested training. |
| 2022 | ATF Certified Fire Investigator annual training, National Center for Explosives Training and Research, Huntsville, Alabama, 24 hours of non-tested training. |
| 2021 | Computer Fire Modeling, Oklahoma State University, 3 credit hour graduate class. |
| 2021 | ATF National Response Team annual training, National Center for Explosives Training and Research, Huntsville, Alabama, 12 hours of non-tested training. |
| 2021 | Incident Safety Officer, National Center for Explosives Training and Research, Huntsville, Alabama, 28 hours of tested training. |
| 2021 | Enclosure Fire Dynamics, ATF Fire Research Laboratory, Beltsville, Maryland, 64 hours of tested training. |
| 2021 | Advanced Fire Dynamics, Oklahoma State University, three credit hour graduate level class. |
| 2021 | The Law and Expert Evidence, Oklahoma State University, three credit hour graduate level class |
| 2020 | Criminalistics and Evidence Analysis, Oklahoma State University, three credit hour graduate level class |
| 2020 | Advanced Origin and Cause / Courtroom Testimony, National Center for Explosives Training and Research, Huntsville, Alabama, 88 hours of tested training. |
| 2020 | Fire Dynamics in Forensic Investigations, Oklahoma State University, three credit hour graduate level class. |
| 2020 | Forensic Applications of Fire Alarm Systems, Dane County Arson Response Initiative, Zoom virtual meeting, one hour of tested training. |
| 2020 | Identifying Damage to Electrical Conductors for Fire Investigators, Dane County Arson Response Initiative, Zoom virtual meeting, one hour of tested training. |
| 2020 | Receptacle Fires, Dane County Arson Response Initiative, Zoom virtual meeting, one hour of tested training. |
| 2020 | ATF National Response Team annual training, National Center for Explosives Training and Research, Huntsville, Alabama, 40 hours of non-tested training. |

| 2019 | Methods in Fire and Explosion Investigation NFPA 921/1033/495, Oklahoma State University, three credit hour graduate level class. |
|------|------|
| 2019 | International Association of Arson Investigators (IAAI) Colorado Chapter Annual Training Conference, Vail, Colorado, 24 hours of non-tested training. |
| 2019 | ATF National Response Team annual training, National Center for Explosives Training and Research, Huntsville, Alabama, 40 hours of non-tested training. |
| 2019 | R-255 Electrical Aspects of Fire Investigation, U.S. Fire Administration National Fire Academy, Emmitsburg, MD, 40 hours of tested training. |
| 2019 | R-206 Fire Investigation Essentials, U.S. Fire Administration, National Fire Academy, Emmitsburg, MD, 80 hours of tested training. |
| 2019 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado, 20 hours of tested training. |
| 2019 | Hazardous Waste Operations and Emergency Response (HAZWOPER), Compliance Solutions, Denver, Colorado, 40 hours of tested training. |
| 2018 | Post Fire Investigation of Commercial Kitchen Fires, Multi-Agency Fire Investigation Team, Colorado, one-and-one-half hours of non-tested training. |
| 2018 | Power Hawk Rescue Systems, International Association of Bomb Technicians and Investigators (IABTI), Denver, Colorado, six hours of non-tested training. |
| 2018 | Explosive Device Recovery Utilizing a Robot, International Association of Bomb Technicians and Investigators (IABTI), Adams County, CO, six hours of non-tested. |
| 2018 | Crime Scene Photography, Denver Police Department Crime Scene Investigation Unit, Denver, Colorado, one hour of non-tested training. |
| 2018 | Aerial Surveillance Techniques, International Association of Bomb Technicians and Investigators (IABTI), Boulder, Colorado, four hours of non-tested training. |
| 2017 | Post-Blast Investigative Techniques, National Center for Explosives Training and Research, Huntsville, Alabama, 40 hours of tested training. |
| 2017 | Solar Systems and Investigations after an Emergency, Multi-Agency Fire Investigation Team, Boulder, Colorado, one hour of non-tested training. |
| 2017 | Marijuana Explosion Investigations, International Association of Bomb Technicians and Investigators (IABTI), Aurora, Colorado, three hours of non-tested training. |
| 2017 | FI-210 Wildland Fire Origin & Cause Determination, National Wildfire Coordinating Group, Parker, Colorado, 40 hours of tested training. |
| 2017 | Advanced Arson and Explosives Investigations for Agents Course, National Center for Explosives Training and Research, Huntsville, Alabama, 64 hours of tested training. |
| 2015 | ATF Special Agent Basic Training, Federal Law Enforcement Training Center, Glynco, Georgia, 622.75 hours of tested training which included 80 hours of tested training regarding fire and explosives investigations. |
| 2015 | Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, Georgia, 448 hours of tested training. |
| 2013 | RAE Systems Service Technicians Course, RAE Systems, Denver, Colorado, 16 hours of non-tested training. |
| 2013 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado, 35 hours of tested training. |

| 2013 | Fire and Explosives Evidence Collection, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Denver, Colorado, eight hours of tested training. |
| 2013 | Fire Protection Annual Symposium, Rocky Mountain Fire Protection Engineer's Association, Boulder, Colorado, three hours of non-tested training. |
| 2012 | Five Stages of Successful Interview Techniques, Public Agency Training Counsel, Denver, Colorado, 20 hours of non-tested training. |
| 2012 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado, 36 hours of tested training. |
| 2012 | Expert Witness Trial Preparations, National Institute for Trial Advocacy, Boulder, Colorado, eight hours of non-tested training. |
| 2012 | Get Confessions: Going Beyond the Interview, Public Agency Training Counsel, Denver, Colorado, 16 hours of tested training. |
| 2011 | Fire and Arson Fatality Fire Scene Investigations, Public Agency Training Counsel, Loveland, Colorado, 16 of hours tested training. |
| 2011 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado, 36 hours of tested training. |
| 2011 | Psychological Profiles of Fire Setters, Center for Arson Research, Denver, Colorado, eight hours of tested training. |
| 2011 | Expert Witness Trial Preparations, National Institute for Trial Advocacy, Boulder, Colorado, eight hours of non-tested training. |
| 2010 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado, 32 hours of tested training. |
| 2010 | Expert Witness Trial Preparations, National Institute for Trial Advocacy, Boulder, Colorado, eight hours of non-tested training. |
| 2010 | Vehicle Fire Investigation, Public Agency Training Counsel, National Association of Fire Investigators (NAFI) Certified Vehicle Fire Investigator (CVFI) Training Course, Loveland, Colorado, 20 hours of tested training. |
| 2010 | Exigent Circumstances and Consent to Search, International Association of Arson Investigators (IAAI) Colorado Chapter, Denver, Colorado, one hour of tested training. |
| 2010 | Conducting Firefighter Death/Injury Investigations, Public Agency Training Counsel, Loveland, Colorado, 16 hours of tested training. |
| 2010 | Fingerprint Collection, Denver Police Department Crime Lab, Denver, Colorado, three hours of non-tested training. |
| 2009 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado, 40 hours of tested training. |
| 2009 | Certified Fire and Explosion Investigator (CFEI) certification course, National Association of Fire Investigators (NAFI), Denver, Colorado, 24 hours of tested training. |
| 2009 | Denver Police Department Basic Recruit Training, Denver, Colorado, 551.5 hours of tested training. |
| 2008 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado, 35 hours of tested training. |
| 2007 | IS-00800 National Response Plan, Unites States Department of Homeland Security. |
| 2006 | IS-00200 Incident Command System for Single Resource and Initial Action Incidents, Unites States Department of Homeland Security. |
| 2006 | IS-00100 Incident Command System, United States Department of Homeland Security. |

| 2006 | IS-00700 National Incident Management System, Unites States Department of Homeland Security. |
| 2003 | Firefighter Basic Academy, Denver Fire Department Denver, Colorado, 20 weeks of tested training. |
| 2002 | Firefighter 1 Academy, Aims Community College, Greeley, Colorado, 15 weeks of tested training. |

### *On-Line Training Modules Completed through IAAI's CFITainer.Net*

To date, I have completed 258 hours of tested training modules through CFITrainer.net to include the following:

| 2021 | Fire Investigator Scene Safety (refresher). |
| 2020 | Principles of Fire Investigation Multi-Program, Fire Investigation for Fire Officers Multi-Program, Charting Your Career Path in Fire Investigation, Critical Evaluation and Testing of Commonly Reported Accidental Causes, Fire Investigation for Fire Officers, and Introduction to Appliances. |
| 2019 | The Deposition Part 1: Format, Content, and Preparation, The Deposition Part 2: Questioning Tactics and Effective Responses, Search and Seizure, Discovery in Criminal Cases, Ethical Duties Beyond the Fire Scene, Discovery in Civil Cases, Legal Aspects of Investigating Youth-Set Fires, Introduction to Youth-Set Fires, Investigating Fire and Explosion Incidents Involving a Line-Of-Duty Death, and Fire Flow Analysis. |
| 2018 | Fire Chemistry, Residential Natural Gas Systems, Understanding Undetermined, Motor Vehicles: The Engine and Ignition, Electrical, and Fuel Systems, and Motor Vehicles: Transmission, Exhaust, Brake, and Accessory Systems. |
| 2017 | Basic Electricity, Thermometry, Heat, and Heat Transfer, and Investigating Natural Gas Systems. |
| 2013 | NFPA 1033 and Your Career. |
| 2012 | The Practical Application of the Relationship Between NFPA 1033 and NFPA 921, Using Resources to Validate your Hypothesis, and Writing the Initial Origin and Cause Report. |
| 2011 | The Fire Investigator & the 2011 NFPA 921 Changes, DNA, Fire Protection Systems, Electrical Safety, The Potential Value of Electronic Evidence in Fire Investigations, and Charleston Sofa Super Store Fire. |
| 2010 | Evidence Examination: What Happens at the Lab?, The HAZWOPER Standard, Fundamentals of Residential Building Construction, Wildland Fire Investigation, Fire Dynamics Calculations, Fundamentals of Interviewing, and Explosion Dynamics. |
| 2009 | MagneTek: A Case Study in the Daubert Challenge, An Analysis of the Station Nightclub Fire, Documenting the Event, Fire and Explosion Investigations: Utilizing NFPA 1033 and 921, Motive, Means, and Opportunity: Determining Responsibility in an Arson Case, Arc Mapping, Insurance and the Fire Investigation, Effective Investigation and Testimony, and Preparation for the Marine Fire Scene. |
| 2008 | Fire Investigator Scene Safety, Investigating Motor Vehicle Fires, Digital Photography and the Fire Investigator, Ethics and the Fire Investigator, Introduction to Evidence, Physical Evidence, The Scientific Method for Fire and Explosion Investigation, Critical Thinking Solves Cases, Introduction to Fire Dynamics and Modeling, A Ventilation-Focused Approach to the Impact of Building Structures and Systems on Fire Development, Post-flashover fires, Understanding Fire Through the Candle Experiments, Vacant and Abandoned Buildings: Hazards and Solutions, Managing Complex Fire Scene Investigations, and Investigating Fatal Fires. |

### TESTING AND DEMONSTRATIONS:

To date, I have conducted and/or observed 380 live fire/explosion tests/demonstrations.

### PROFESSIONAL TRAINING PROVIDED AND/OR COORDINATED:

To date, I have conducted, coordinated, or assisted with fire investigation training at the following locations:

| | |
|---|---|
| 2023 | International Association of Arson Investigators Colorado Chapter (IAAI-CO) Annual Training Conference, Vail, Colorado: Curriculum co-coordinator for the Advanced Fire Investigation Track. |
| 2023 | Colorado State Patrol Training Academy, Golden, Colorado: Provided two hours of classroom instruction on Colorado Revised Arson Statutes and basic fire investigation. |
| 2022 | International Association of Arson Investigators Colorado Chapter (IAAI-CO) Annual Training Conference, Vail, Colorado: Curriculum co-coordinator for the Advanced Fire Investigation Track. |
| 2022 | Colorado State Patrol Training Academy, Golden, Colorado: Provided two hours of classroom instruction on Colorado Revised Arson Statutes and basic fire investigation. |
| 2022 | Colorado State Patrol Training Academy, Golden, Colorado: Provided two hours of classroom instruction on Colorado Revised Arson Statutes and basic fire investigation. |
| 2021 | National Center for Explosives Training and Research, Huntsville, Alabama: Provided one hour of classroom instruction on thermally induced activation of electric operators (garage door openers). |
| 2021 | International Association of Arson Investigators Colorado Chapter (IAAI-CO) Annual Training Conference, Vail, Colorado: Curriculum co-coordinator for the Advanced Fire Investigation Track. |
| 2021 | Colorado State Patrol Training Academy, Golden, Colorado: Provided two hours of classroom instruction on Colorado Revised Arson Statutes and basic fire investigation. |
| 2021 | Rattle Snake Fire Protection District, Parker, Colorado: Adjunct Instructor for the FI-210 Wildland Fire Origin & Cause Determination 40-hour course which included hands-on wildland fire scene processing instruction and live fire demonstrations. |
| 2020 | Rattle Snake Fire Protection District, Parker, Colorado: Adjunct Instructor for the FI-210 Wildland Fire Origin & Cause Determination 40-hour course which included hands-on wildland fire scene processing instruction and live fire demonstrations. |
| 2019 | Warren Technical Institute, Lakewood, Colorado: Provided four hours of hands-on fire scene processing instruction. |
| 2019 | International Association of Arson Investigators Colorado Chapter (IAAI-CO) Annual Training Conference, Vail, Colorado: Curriculum co-coordinator for the Advanced Fire Investigation Track. |
| 2019 | Denver Police Department Training Academy, Denver, Colorado: Provided one hour of classroom instruction on Colorado Revised Arson Statutes and basic fire investigation. |
| 2018 | International Association of Arson Investigators Colorado Chapter (IAAI-CO) Annual Training Conference, Vail, Colorado: Provided four hours of instruction on post-blast device recognition. |
| 2018 | Windsor Severance Fire Protection District, Windsor, Colorado: Provided two hours of instruction on evidence collection and packaging. |
| 2018 | ATF Denver Field Division Citizen Academy, Jefferson County, Colorado: Provided four hours of classroom and hands-on instruction in fire dynamics and basic fire investigation which included two live fire demonstrations. |
| 2018 | Rattle Snake Fire Protection District, Parker, Colorado: Adjunct Instructor for the FI-210 Wildland Fire Origin & Cause Determination 40-hour course which included hands-on wildland fire scene processing instruction and live fire demonstrations. |

| | |
|---|---|
| 2018 | Rocky Mountain Fire Academy, Denver, Colorado: Provided four hours of classroom and hands-on instruction in basic fire investigation and fire dynamics which included live three live fire demonstrations to two separate academy classes for a total of eight hours of instruction. |
| 2017 | Rocky Mountain Fire Academy, Denver, Colorado: Provided four hours of classroom and hands-on instruction in basic fire investigation and fire dynamics which included live three live fire demonstrations. |
| 2016 | ATF Fort Carson Basic Fire Investigation Course, Colorado Springs, Colorado: Provided 16 hours of hands-on fire scene processing instruction. |
| 2014 | Rocky Mountain Fire Academy, Denver, Colorado: Provided four hours of classroom and hands-on instruction in basic fire investigation and fire dynamics which included live three live fire demonstrations to two separate academy classes for a total of eight hours of instruction. |
| 2014 | Denver Police Department Training Academy, Denver, Colorado: Provided one hour of classroom instruction on Colorado Revised Arson Statutes and basic fire investigation. |
| 2013 | International Association of Arson Investigators Colorado Chapter (IAAI-CO) Annual Training Conference, Vail, Colorado: Provided four hours of instruction on incendiary devices with one live fire demonstration. |
| 2013 | Rocky Mountain Fire Academy, Denver, Colorado: Provided four hours of classroom and hands-on instruction in basic fire investigation and fire dynamics which included live three live fire demonstrations. |
| 2013 | City of Golden Police Department, Golden, Colorado: Provided four hours of classroom instruction on basic fire investigation and fire dynamics. |
| 2013 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado: Provided four hours of classroom instruction on fire dynamics and ventilation flow path. |
| 2012 | Federal Bureau of Investigations (FBI) Evidence Response Team (ERT), Denver, Colorado: Provided three hours of classroom instruction on basic fire investigation, fire dynamics, and fire pattern analysis. |
| 2012 | Rocky Mountain Fire Academy, Denver, Colorado: Provided four hours of classroom and hands-on instruction in basic fire investigation and fire dynamics which included live three live fire demonstrations to two separate academy classes for a total of eight hours of instruction. |
| 2012 | Union Pacific Railroad Police Department, Denver, Colorado: Provided three hours of classroom instruction on basic fire scene investigations and fire dynamics on two separate occasions for a total of 6 hours of instruction provided. |
| 2012 | Denver Public Safety Cadet Program, Denver, Colorado: Provided four hours of classroom instruction on basic fire investigation and fire dynamics. |
| 2012 | Children's Hospital Juvenile Fire Setter Intervention Seminar, Aurora, Colorado: Provided a one hour case study presentation. |
| 2011 | Rocky Mountain Fire Academy, Denver, Colorado: Provided four hours of classroom and hands-on instruction in basic fire investigation and fire dynamics which included live three live fire demonstrations to two separate academy classes for a total of eight hours of instruction. |
| 2011 | Denver Fire Department Advanced Fire Investigation Seminar, Denver, Colorado: Provided four hours of classroom instruction on incendiary devices with two live fire demonstrations. |