# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
## CRIMINAL MINUTE SHEET
### SENTENCING

Date: September 28, 2023                Before the Honorable: Alan B. Johnson

Time: 1:31pm - 3:04pm                   Interpreter: N/A

Case No: 2:23-CR-00066-ABJ-1            Interpreter Phone: N/A

☐ Non-Public Document

UNITED STATES OF AMERICA     VS     Lorna Roxanne Green

| Becky Harris | Melanie Sonntag | Kristen Simmer | RMac / Guard |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**          Government: Nicole Romine

☐ CJA  ☐ FPD  ☑ RET  ☐ WAIVED     Defendant: Ryan Semerad

Other: Victims addressed the Court

☑ Defendant acknowledges having read the presentence report
☐ Objections to presentence report

☐ Witness(es)
☐ Exhibits received by Court

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

For a period of   60   Months   as to Count(s)   1

☐ Sentence shall be served   concurrent   to  _____
☐ Defendant is sentenced to time served
  ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**

For a period of   3   Years   as to Count(s)   1

☐ Supervised Release shall be served    concurrent    to    _____

☐ Defendant to be deported upon release from confinement

☐ Defendant is placed on **probation** for a period of _____

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

☑ Obey all laws, Federal, State & Local            ☑ Report to Probation w/in 72 hours of release
☑ Abide by the standard conditions of supervision  ☑ Provide complete financial disclosure as directed
☐ Home confinement for a period of _____       ☐ Electronic monitoring as directed by Probation
☑ Not use or possess firearms/ammunitions/explosives  ☑ Not use or possess controlled substances/drugs
☐ Not purchase, use or possess alcohol/intoxicants; frequent  ☑ Not open new lines of credit or incur new debt
   places where alcohol is bought, sold or dispensed  ☐ Submit to additional drug/alcohol testing and treatment
☐ Submit to mandatory drug testing (w/in 15 days of release)  ☑ Mandatory drug testing is waived
☐ Notify Probation of change in economic circumstance  ☑ DNA collection
☐ Notify employers of conviction                   ☑ Cognitive/Behavioral Treatment
☐ Standard Sex Offender Conditions Apply           ☑ Submit to search as conducted by US Probation Officer
☑ Mental Health evaluation and follow through
☑ Other (continued from conditions of Probation/Supervised Release)
Apply tax refund(s) toward payment of monetary obligations; No contact

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of   $100.00   as to Count(s)   1
                                            For a total of:   $100.00

☑ Special assessment is due and payable immediately
☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid
   shall be paid during the term of supervision but no later than   60 days
   prior to the expiration of supervision
☑ Special assessment shall be paid in monthly installments of at least   10% of gross monthly income
during the term of supervision
☐ Special assessment remitted upon deportation of the defendant
☐ Other _____

☑ Defendant shall make **restitution** in the amount of   _____   as to Count(s)   1
                                            For a **total** of:   TBD

☑ Restitution is due and payable immediately
☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall
   be paid during the term of the supervision but no later than   60 days   prior to the expiration of supervision
☑ Restitution shall be paid in monthly installments of at least

<u>10% of gross monthly income</u> during the term of supervision

☐ Restitution shall be paid jointly and severally with _____ during the term of supervision

☑ Other  <u>Restitution to remain open for 90 days</u>

☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

☑ Defendant is **remanded** to custody of US Marshal

☐ Defendant shall **surrender** to _____ USMS on/before _____ at _____

☐ Defendant shall **surrender** to designated prison on/before _____ at _____

☐ Defendant shall report to institution as directed by Probation

☑ Court **recommends placement** at  <u>Bryan, TX or Alderson, WV</u>

☐ Court recommends defendant participate in the prison industries program

☐ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program

☐ Court recommends defendant participate in substance abuse treatment while incarcerated

☐ Court recommends ICE shall begin deportation proceeding during the service of this sentence

☑ Defendant advised of right to appeal      ☐ Defendant waives right to appeal

☐ Defendant shall forfeit the following property _____

☐ Count(s) _____ of the   Indictment   **dismissed** on the motion of the United States

☐ Other _____

## MISCELLANEOUS